**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

IN RE: AQUEOUS FILM-FORMING FOAMS          MDL No. 2: 18-mn-2873-RMG
PRODUCTS LIABILITY LITIGATION

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or ( 4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## **Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## **Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M Company (f/k/a/ Minnesota Mining and Manufacturing Company |
|---|---|
| Defendant 2 | Allstar Fire Equipment Co. |
| Defendant 3 | Amerex Corporation |
| Defendant 4 | Archroma US., Inc. |
| Defendant 5 | Arkema Inc. |
| Defendant 6 | BASF Corporation |
| Defendant 7 | Buckeye Fire Equipment Company |
| Defendant 8 | Carrier Fire & Security Corporation |
| Defendant 9 | Carrier Global Corp (f/k/a UTC Fire & Security Americas Corporation, Inc.) |
| Defendant 10 | CB Garment, Inc. |
| Defendant 11 | Chemdesign Products, Inc. |
| Defendant 12 | Chemguard, Inc. |
| Defendant 13 | Chemours Company FC, LLC, The Chemours Company, and E.l. Du Pont De Nemours and Company |
| Defendant 14 | Chubb Fire, LTD. |
| Defendant 15 | Corteva, Inc. and DuPont de Nemours, Inc. |
| Defendant 16 | Daikin America, Inc. |
| Defendant 17 | Deepwater Chemicals, Inc. |
| Defendant 18 | Dynax Corporation |
| Defendant 19 | Federal Express Corporation |
| Defendant 20 | Fire-Dex, LLC |
| Defendant 21 | Globe Manufacturing Company LLC |
| Defendant 22 | Honeywell Safety Products Usa, Inc. |
| Defendant 23 | Innotex Corp. |
| Defendant 24 | Kidde Plc, Inc. |
| Defendant 25 | L.N. Curtis And Sons |
| Defendant 26 | Mallory Safety And Supply LLC |
| Defendant 27 | Mine Respiratory Company, LLC ("MRC") |
| Defendant 28 | Mine Safety Appliances Co., LLC |
| Defendant 29 | Municipal Emergency Services, Inc. |

| Defendant 30 | Narcote LLC d/b/a Stedfast USA, Inc. and Narcote Canada Corporation (f/k/a Stedfast, Inc.) and Narcote Holding Corporation |
|---|---|
| Defendant 31 | Nation Ford Chemical Co. |
| Defendant 32 | National Foam, Inc. |
| Defendant 33 | Perimeter Solutions, LP |
| Defendant 34 | Ricochet Manufacturing Company, LLC |
| Defendant 35 | Safety Components Fabric Technologies, Inc. |
| Defendant 36 | Southern Mills, Inc. |
| Defendant 37 | Stedfast Usa, Inc. |
| Defendant 38 | The Port Authority of New York and New Jersey |
| Defendant 39 | Veridian Limited |
| Defendant 40 | W.L. Gore & Associates, Inc. |
| Defendant 41 | WillFire HC LLC, d/b/a Williams Fire & Hazard Control |
| Defendant 42 | Witmer Public Safety Group, Inc. |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

☑ Diversity

□ Federal Question

□ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(l l)

□ Other: _____

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7.  Plaintiffs allege one or more of the following personal injuries as described in Exhibit A:

> Kidney Cancer
> Testicular Cancer
> Thyroid Disease
> Ulcerative Colitis
> Liver Cancer
> Thyroid Cancer

8.  Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

**Causes of Action**

9.  The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

> Count I – Defective Design
> Count II – Failure to Warn
> Count III – Negligence
> Count IV – Negligence Per Se
> Count V – Trespass and Battery
> Count VI – Strict Product Liability
> Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
> Count VIII – Concealment, Misrepresentation, and Fraud
> Count IX – Conspiracy
> Count X – Wrongful Death
> Count XI – Loss of Consortium
>
> Other Causes of Action:
> Count XII – _____
> Count XIII – _____
> Count XIV – _____
> Count XV – _____
> Count XVI – _____
> Count XVII – _____
> Count XVIII – _____

Count XIX – _____
Count XX – _____
Others

_____
_____
_____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: ____9/3/2025____

Respectfully Submitted,

**PARAFINCZUK WOLF, P.A.**

BY: */s/ Justin Parafinczuk, Esq.*
    Justin Parafinczuk (FL ID No.:
    39898; Admitted to the United States
    District Court, Northern District of
    Florida)
    JParafinczuk@ParaWolf.com
    Mary Elizabeth Putnick (NJ Bar ID
    003002007; Admitted to the United
    States District Court, District of New
    Jersey)
    MPutnick@ParaWolf.com
    Steven D. Resnick, Esq. (Attorney
    NJ ID No.: 042822000)
    SResnick@ParaWolf.com
    5550 Glades Road, Suite 500
    Boca Raton, FL 33431
    Phone: (954) 462-6700
    Fax: (954) 678-4122

    *Attorneys for Plaintiff*

# EXHIBIT A

| Row | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name') | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contamintated Drinking Water | Firefighter Turno0ut Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Bell, Jeffrey | 7/18/1954 | OH | USDC of Northern District of Ohio | Yes | No | No | Thyroid disease | I - IX |
| 2 | Brimmer, David | 4/22/1984 | OR | USDC of District of Oregon | Yes | No | No | Thyroid disease | I - IX |
| 3 | Dees, Kathaleena | 8/10/1986 | TX | USDC of Southern District of Texas | Yes | No | No | Thyroid disease | I - IX |
| 4 | DeHay, Jesse | 3/20/1943 | UT | USDC of District of Utah | Yes | No | No | Kidney cancer | I - IX |
| 5 | Foster, Eric | 11/6/1953 | UT | USDC of District of Utah | Yes | No | Yes | Thyroid disease | I - IX |
| 6 | Galvez-Oberdier, Charity | 12/21/1962 | NC | USDC of Western District of North Carolina | Yes | No | No | Thyroid disease | I - IX |
| 7 | Geren, Randall | 10/13/1958 | ND | USDC of North Dakota | Yes | No | No | Kidney cancer | I - IX |
| 8 | Guarnizo, Andres | 11/13/1977 | FL | USDC of Southern District of Florida | Yes | Yes | No | Thyroid disease | I - IX |
| 9 | Henry Douglas, Martha | 7/3/1969 | GA | USDC of Southern District of Georgia | Yes | No | No | Thyroid disease | I - IX |
| 10 | Hines, William | 3/9/1951 | IN | USDC of Southern District of Indiana | Yes | No | No | Kidney cancer; liver cancer | I - IX |
| 11 | Hoskins, Melissa | 6/1/1973 | IN | USDC of Southern District of Indiana | Yes | No | No | Thyroid disease | I - IX |
| 12 | Jackson, Michael | 12/8/1960 | IN | USDC of Southern District of Indiana | Yes | No | No | Testicular cancer | I - IX |
| 13 | Jeffords, Bruce | 12/16/1952 | WI | USDC of Western District of Wisconsin | Yes | No | No | Thyroid disease | I - IX |
| 14 | Lomax, Jonathan | 4/5/1975 | NC | USDC of Eastern District of North Carolina | Yes | Yes | No | Thyroid disease | I - IX |
| 15 | Maher, April | 3/24/1966 | TX | USDC of Western District of Texas | Yes | Yes | No | Thyroid disease | I - IX |
| 16 | McDonald, Michael | 10/4/1977 | TX | USDC of Western District of Texas | Yes | No | No | Thyroid disease | I - IX |
| 17 | Michael, Kayla | 7/5/1987 | MD | USDC of District of Maryland | Yes | No | No | Thyroid disease | I - IX |
| 18 | Nelson, Jerry | 11/29/1956 | CA | USDC of Eastern District of California | Yes | No | No | Kidney cancer | I - IX |
| 19 | Rivera, Amaryllis | 3/14/1983 | FL | USDC of Middle District of Florida | Yes | No | No | Thyroid disease | I - IX |
| 20 | Rogers, Jr., Charlie | 7/9/1978 | FL | USDC of Middle District of Florida | Yes | No | No | Thyroid disease | I - IX |
| 21 | Rogers, Roger | 2/5/1954 | MI | USDC of Eastern District of Michigan | Yes | Yes | Yes | Kidney cancer | I - IX |
| 22 | Russell, Rebecca | 10/8/1976 | MI | USDC of Eastern District of Michigan | Yes | No | No | Thyroid disease | I - IX |
| 23 | Sullivan, Casey | 12/11/1989 | TX | USDC of Eastern District of Texas | Yes | Yes | No | Thyroid disease | I - IX |
| 24 | Urquidi, Oscar | 1/14/1986 | FL | USDC of Middle District of Florida | Yes | No | No | Thyroid disease | I - IX |
| 25 | Williams, Tara | 7/23/1974 | GA | USDC of Middle District of Georgia | Yes | No | No | Thyroid disease | I - IX |
| 26 | Wright, Christopher | 11/14/1985 | GA | USDC of Northern District of Georgia | Yes | No | Yes | Kidney cancer | I - IX |
| 27 | Mullins, Johnnie | 5/13/1969 | MO | USDC of Western District of Missouri | Yes | No | No | Kidney cancer | I - IX |